UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KENNETH ROSELLINI, ESQ. (6047)
Attorney at Law
636A Van Houten Avenue
Clifton, New Jersey 07013
(973) 998-8375 Fax (973) 998-8376
Attorney for Debtor Christopher Depalma

**Order Filed on July 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Christopher Depalma

Case No.:     20-12847-JKS

Chapter:     13

Hearing Date:

Judge:     John K. Sherwood

## ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: July 1, 2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

This matter having come before the Court on Motion/Application of

 Debtor Christopher Depalma ,  for an Order Dismissing/Converting Debtor's case, and good

cause having been shown, it is hereby

**ORDERED** as follows:

☒    case is dismissed.

❏    case is converted to a proceeding under Chapter 7.

❏    case is converted to a proceeding under Chapter 11.

❏    case is allowed to continue under Chapter 13 upon the following terms and
conditions:

    ❏    (a)  payments to the Trustee shall continue in the amount of
_____ dollars/month for an additional _____ months;

    ❏    (b)  Debtor(s) shall prepare and file with the Court a Wage Order for
continuing Trustee payments;

    ❏    (c)   If the Debtor(s) fail to make regular plan payments to the Trustee for
a period of more than 30 consecutive days, upon the Certification of the
Trustee of such non-payment, with Notice of the Certification to the
debtor(s) and the debtor(s) attorney, if any, the within case shall be
dismissed;

    ❏    (d)   Other (ie, Counsel Fee Award or other relief to moving party)
_____
_____
_____

**Page 3**

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a)    $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b)    $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c)    Other: _____
_____
_____

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-12847-JKS
Christopher Depalma                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jul 01, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db           +Christopher Depalma,   1104 Arcadian Way,   Fort Lee, NJ 07024-6306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
          National Association, on behalf of the holders of Bear Stearns Et Al... dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
          jschwartz@mesterschwartz.com
          Kenneth J. Rosellini    on behalf of Debtor Christopher   Depalma kennethrosellini@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 5